**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1512

DAWN SWIGER,

       Plaintiff - Appellant,

   v.

WEST LIBERTY UNIVERSITY,

       Defendant - Appellee,

   and

STEPHEN GRIENER, individually, and in his official capacity as President of West Liberty University; BRIAN CRAWFORD, individually, and in his official capacity as Provost of West Liberty University; DIANA HARTO, individually, and in her official capacity as Chief Human Resource Officer of West Liberty University,

       Defendants.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00188-JPB)

Submitted:  October 19, 2023                Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Patrick S. Cassidy, CASSIDY LAW, PLLC; Timothy F. Cogan, COGAN LAW OFFICE, PLLC, Wheeling, West Virginia, for Appellant.  David L. Wyant, Thomas E. Buck, BAILEY & WYANT PLLC, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dawn Swiger appeals the district court's orders granting Defendant's (1) motion to dismiss Swiger's First and Fourteenth Amendment claims, filed pursuant to 42 U.S.C. § 1983; and (2) summary judgment motion on Swiger's age discrimination claim, brought pursuant to the West Virginia Human Rights Act, W. Va. Code §§ 5-11-1 to 5-11-20. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Swiger v. W. Liberty Univ.*, No. 5:21-cv-00188-JPB (N.D.W. Va. Apr. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*